NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## MISCELLANEOUS DOCKET NO. 916

IN RE WI-LAN, INC.,

Petitioner.

On Petition for Writ of Mandamus to the United States District Court for the Northern District of California in case no. 08-CV-4555, Judge James Ware.

ON MOTION

## O R D E R

Intel Corporation moves without opposition for a 7-day extension of time, until November 20, 2009, to file its response to Wi-LAN, Inc.'s petition for writ of mandamus.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

NOV 1 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk
FOR THE COURT

cc:   Robert A. Cote, Esq.
      Adam R. Alper, Esq.
s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 1 0 2009

JAN HORBALY
CLERK